UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

RICKY DEAN HULSEY,

    Plaintiff,

v.                                                                       4:05-cv-30

CHRIS THORNTON, et al.,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **E N T E R:**

                                                                   s/ James H. Jarvis
                                                           United States District Judge